IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TERENCE J. ALOST,** *MD*                                                                                          **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 3:24-cv-00050-HTW-LGI**

**ELISABETH PICCIOLA**
**VANDENLANGENBERG,** *MD***, et al.**                                                          **DEFENDANTS**

### ORDER REGARDING SERVICE OF PROCESS

This matter is before the Court *sua sponte*. On January 16, 2024, *pro se* Plaintiff paid the filing fee. On January 19, 2024, this case was transferred to this Court from the Middle District of Louisiana. *See* Order, Doc. [4]. On January 26, 2024, the case was assigned to District Judge Wingate and the undersigned Magistrate Judge for handling. *See* Notice of Assignment, Doc. [6]. A copy of the Notice of Assignment was mailed to *pro se* Plaintiff Terence J. Alost at the physical address listed on the docket. *See* Staff notes, dated February 7, 2024.

The Court notes that the docket does not reflect that summonses have been requested or issued in this case. Plaintiff is responsible for having the Defendants served with process as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may elect to have the Defendants served with process one of two ways — Summons or Notice of a Lawsuit and Request to Waive Service of Summons. See Fed. R. Civ. P. 4 (c) and (d). Plaintiff's failure to properly serve each Defendant with process within 90 days of the date of this Order may result in the dismissal of the unserved Defendant and/or this civil action. *See* Fed. R. Civ. P. 4(m). Accordingly, it is

ORDERED that the Clerk of Court mail to Plaintiff: (1) a copy of Rule 4 of the Federal Rules of Civil Procedure; (2) a copy of the General Instructions for Service of Process; (3) the

appropriate number of Summons forms; and (4) the appropriate number of Notice of Lawsuit and Request to Waive Service of Summons forms.

IT IS FURTHER ORDERED that Plaintiff is required to properly serve each Defendant with process within 90 days of the date of this Order.   The Court warns Plaintiff that a failure to properly serve process, may result in the dismissal of this civil action.

**SO ORDERED**, this the 31st day of May, 2024.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE